634

456 A.2d 1103

Commonwealth v. Fortune, Appellant.

Submitted May 5, 1982. Jack C. Younkin, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The order of the lower court is affirmed.

456 A.2d 1103

Commonwealth v. Gilbert, Appellant.

Submitted June 4, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.